**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**Sacramento**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.41.243.169,<br><br>    Defendant. | Case Number: 2:16-cv-00344-JAM-KJN<br><br>**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until November 10, 2016 to effectuate service of a summons and complaint on Defendant.

SO ORDERED this 5th day of October, 2016

/s/ John A. Mendez

**UNITED STATES DISTRICT COURT JUDGE**

1

Order on Plaintiff's Second Motion for Extension of Time Within Which to Serve Defendant
Case No.: 2:16-cv-00344-JAM-KJN