# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### Sacramento

MALIBU MEDIA, LLC,

      Plaintiff,

vs.

MATTHEW MOMSEN,

      Defendant.

Case Number: 2:16-cv-00344-JAM-KJN

**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT**

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's Motion is granted. Plaintiff shall have until November 10, 2016 to effectuate service of a summons and complaint on Defendant.

SO ORDERED this 5th day of October, 2016

/s/ John A. Mendez_____

**UNITED STATES DISTRICT COURT JUDGE**

1

Order on Plaintiff's Second Motion for Extension of Time Within Which to Serve Defendant
Case No.: 2:16-cv-00344-JAM-KJN