DocuSign Envelope ID: A80388C0-8DD6-4DC2-8CC3-DA51889EF6A5

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ **District of** __California__

Malibu Media, LLC

Plaintiff (s),

V.

John Doe

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __2:16-cv-00344-JAM-KJN__

Notice is hereby given that, subject to approval by the court, __Malibu Media, LLC__ substitutes
(Party (s) Name)

__Henrik Mosesi__, State Bar No. __189672__ as counsel of record in
(Name of New Attorney)

place of __Brian M. Heit__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Law Offices of Henrik Mosesi |
| Address: | 433 N. Camden Dr., 6th Floor, Beverly Hills, CA 90210 |
| Telephone: | (310) 734-4269        Facsimile  (310) 734-4265 |
| E-Mail (Optional): | henry@mosesi.com |

I consent to the above substitution.

Date:  11/23/2016

_Colette Pelissier_ (DocuSigned)
(Signature of Party(s))

I consent to being substituted.

Date:  11/23/2016

_Brian Heit_ (DocuSigned)
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  11/23/2016

_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**