AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-CV-00344-JAM-KJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MATTHEW MOMSEN was received by me on *(date)* 10/20/16    .

[X] I personally served the summons on the individual at *(place)* 8434 WALERGA ROAD-111, ANTELOPE, CA 95843 on *(date)* Fri, Nov 04 2016 @ 5:14 PM ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ 75.00 _____ for travel and $ _____ for services, for a total of $ $75.00.

I declare under penalty of perjury that this information is true.

Date: NOVEMBER 7, 2016

*Server's signature*

JASON LUND, REG # 2002-23, PLACER COUNTY

*Printed name and title*

LIGHTNING LEGAL PROCESS SERVICE, 1104 CORPORATE WAY, SACRAMENTO, CA 95831

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 4, 2016, 5:14 pm PDT at 8434 WALERGA ROAD-111, ANTELOPE, CA 95843 received by MATTHEW MOMSEN. Age: 40; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'10"; Hair: Brown;