Henrik Mosesi, Esq. (SBN: 189672)
433 N. Camden Drive., 6th Floor
Beverly Hills, 90210
Phone:  310-734-4269
Fax:  310-734-4053
Email:  henry@mosesi.com
Web:  mosesi.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**Sacramento**

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number: 2:16-cv-00344-JAM-KJN |
| Plaintiff, | |
| vs. | **DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT** |
| MATTHEW MOMSEN, | |
| Defendant. | |

I, Henrik Mosesi, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the Plaintiff in this action.

2. A Complaint was filed herein on February 18, 2016.

3. On October 4, 2016, Plaintiff filed its Amended Complaint.

4. Service of summons and Amended Complaint were obtained as follows:

| **Defendant** | **Date of Service, Type of Service** |
|---|---|
| Matthew Momsen | November 4, 2016, Personal |

5. More than twenty-one (21) days have elapsed since the Defendant Matthew Momsen in this action was served, and the Defendant Matthew Momsen has failed to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure.

**DECLARATION**

**PURSUANT TO 28 § U.S.C. § 1746,** I hereby declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of December, 2016

                                                /s/ *Henrik Mosesi*
                                                Attorney for Plaintiff

Exhibit A