Henrik Mosesi, Esq. (SBN: 189672)
433 N. Camden Drive., 6th Floor
Beverly Hills, 90210
Phone:  310-734-4269
Fax:  310-734-4053
Email:  henry@mosesi.com
Web:  mosesi.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

### Sacramento

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number: 2:16-cv-00344-JAM-KJN |
| Plaintiff, | |
| vs. | **AFFIDAVIT** |
| MATTHEW MOMSEN, | Judge John A. Mendez |
| Defendant. | |

I, Henrik Mosesi, declare under penalty of perjury that the following facts stated in this affidavit are within my personal knowledge and are true and correct.

1. I am the attorney for the Plaintiff in this action.

2. Defendant, Matthew Momsen, was served with Summons and Amended Complaint on November 4, 2016.

3. More than twenty-one (21) days have elapsed since the Defendant, Matthew Momsen, was served.

4. Defendant, Matthew Momsen, has failed to plead or otherwise defend Plaintiff's claims.

5. Defendant, Matthew Momsen, on information and belief, is not on active duty in the U.S. Military.

## DECLARATION

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21 day of December, 2016

*/s/ Henrik Mosesi*_____
Attorney for Plaintiff