Henrik Mosesi, Esq. (SBN: 189672)
433 N. Camden Drive., 6th Floor
Beverly Hills, 90210
Phone:  310-734-4269
Fax:  310-734-4053
Email:  henry@mosesi.com
Web:  mosesi.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**Sacramento**

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number: 2:16-cv-00344-JAM-KJN |
| Plaintiff, | |
| vs. | **NOTICE OF HEARING** |
| | Date:  February 23, 2017 |
| MATTHEW MOMSEN, | Time: 10:00 a.m. |
| Defendant. | Crtrm: 25 |

PLEASE TAKE NOTICE, that a Hearing on Plaintiff's Motion for Entry of Default Judgment Against Defendant MATTHEW MOMSEN is scheduled for Thursday, February 23, 2017 at 10:00 A.M., before the Honorable Magistrate Judge Kendall J. Newman, in Courtroom 25, Robert T. Matsui Federal Courthouse, 501 I Street, Sacramento, CA.

This motion is based on this Notice of Hearing, Motion for Default Judgment, Memorandum of Points and Authorities, Declaration of Henrik Mosesi, Proposed Order on Motion for Default Judgment and Exhibits filed on December 26, 2017 as Document Number 23 in CM/ECF system.

Dated:  December 28, 2016

                                        Respectfully submitted,

                                        By: */s/ Henrik Mosesi*
                                        Henrik Mosesi, Esq.
                                        Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2016, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

By:  */s/ Henrik Mosesi*
HENRIK MOSESI, ESQ.

**Service List**

Matthew Momsen
8434 Walerga Road – 111
Antelope, CA  95843