UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MALIBU MEDIA, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **MATTHEW MOMSEN**, <br><br> Defendant. | Hon. John A. Mendez, U.S.D.J. <br><br> **Case No. 2:16-cv-00344-JAM-KLN** <br><br> **STIPULATION AND ORDER FOR SETTING ASIDE DEFAULT AND EXTENDING TIME TO ANSWER** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, as follows: the prior Certificate of Entry of Default (ECF No. 21.) should be set aside and vacated; Defendant shall be given thirty (30) days following vacature of the default to file his answer to the amended complaint; and Defendant's prior motion to quash service of the summons and dismiss the complaint (ECF No. 27) is hereby withdrawn and shall not be re-filed.  This Stipulation, which follows the conferral of counsel, is intended to resolve various issues raised by the recent motions filed by the parties.

//

STIPULATION AND PROPOSED ORDER FOR SETTING ASIDE DEFAULT AND EXTENDING TIME TO ANSWER - 1

Respectfully submitted:

Dated: March 24, 2017

By:     /s/ Thomas A. Pedreira
        Thomas A. Pedreira (No. 106169)
        Attorney for Defendant

Dated: March 24, 2017

By:     /s/ Henrik M. Mosesi
        Henrik M. Mosesi (No. 189672)
        Attorney for Plaintiff

## ORDER

This matter came before the Court on the parties' foregoing Stipulation.  The Court finds that good cause for entry of this Order exists.  The Clerk is directed to vacate its prior Certificate of Entry of Default (ECF No. 21.)  Defendant shall file his answer to the amended complaint within 30 days of the date of this Order.  Defendant's motion to quash service of the summons and dismiss the complaint (ECF No. 27) is hereby vacated.

IT IS SO ORDERED.

ENTERED THIS 24th DAY OF March, 2017

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge