Henrik Mosesi, Esq. (SBN: 189672)
433 N. Camden Drive., 6th Floor
Beverly Hills, CA. 90210
Phone: 310-734-4269
Fax: 310-734-4053
Email: henry@mosesi.com
Web: mosesi.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW MOMSEN,<br><br>Defendant. | Case Number: 2:16-cv-00344-JAM-KJN<br><br>**PLAINITFF'S NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, Matthew Momsen ("Defendant") through his counsel, Thomas Pedreira. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: April 21, 2017

Respectfully submitted,

By: *<u>/s/ Henrik Mosesi</u>*
Henrik Mosesi, Esq.
LAW OFFICES OF HENRIK MOSESI
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Henrik Mosesi*
HENRIK MOSESI, ESQ